**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JAVO BEVERAGE COMPANY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-547-RGA |
| | ) | |
| JAVY COFFEE COMPANY, and | ) | |
| JAVY COFFEE LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION TO EXTEND TIME**

The parties hereby stipulate and agree, subject to the approval of the Court, that the

deadline for Javo Beverage Company, Inc. to move, plead, or otherwise respond to Defendants

Javy Coffee Company and Javy Coffee LLC's Counterclaims is extended through and including

March 31, 2023.

| | |
|---|---|
| */s/ Andrew E. Russell* | */s/ Michelle Streifthau-Livizos* |
| Andrew E. Russell (No. 5382) | William E. Manning (No. 697) |
| Emily S. DiBenedetto (No. 6779) | James D. Taylor, Jr. (No. 4009) |
| SHAW KELLER LLP | Michelle Streifthau-Livizos (No. 6584) |
| I.M. Pei Building | SAUL EWING LLP |
| 1105 N. Market St., 12th Floor | 1201 North Market Street, Suite 2300 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 298-0700 | (302) 421-6868 |
| arussell@shawkeller.com | william.manning@saul.com |
| edibenedetto@shawkeller.com | james.taylor@saul.com |
| | michelle.streifthau-livizos@saul.com |
| *Attorneys for Plaintiff* | |
| | *Attorneys for Defendants* |
| Dated: February 24, 2023 | |

IT IS SO ORDERED this _____ day of _____, 2023.


_____
UNITED STATES DISTRICT JUDGE