# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAVO BEVERAGE COMPANY, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAVY COFFEE COMPANY and JAVY ) <br> COFFEE LLC, ) <br> ) <br> Defendants. ) | C.A. No. 22-547-RGA <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 21st day of August 2023, copies of *Defendant Javy Coffee Company and Javy Coffee LLC's Responses to Plaintiff Javo Beverage Company, Inc.'s First Set of Interrogatories* and *Defendant Javy Coffee Company and Javy Coffee LLC's Responses to Plaintiff Javo Beverage Company, Inc.'s First Set of Requests for Production of Documents and Things* were served via electronic mail on the following counsel of record:

Andrew Russell, Esq.
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
arussell@shawkeller.com

Joshua J. Richman, Esq.
LEWIS KOHN & WALKER LLP
1111 Broadway, Suite 300
Oakland, CA 94607
jrichman@lewiskohn.com

Robin Phillips, Esq.
PHILLIPS LEX
11755 Wilshire Blvd., Suite 1250
Los Angeles, CA 90025
Robin.phillips@phillipslex.com

-2-

| | |
|---|---|
| Dated: August 21, 2023 | **SAUL EWING LLP** |
| | |
| | /s/ Michelle C. Streifthau-Livizos |
| | William E. Manning (#697) |
| OF COUNSEL: | James D. Taylor, Jr. (#4009) |
| | Michelle C. Streifthau-Livizos (#6584) |
| Timothy P. Getzoff | 1201 North Market Street, Suite 2300 |
| Ellen K. Levish | Wilmington, DE 19801 |
| **HOLLAND & HART LLP** | (302) 421-6819 |
| 1800 Broadway, Suite 300 | william.manning@saul.com |
| Boulder, CO 80302 | james.taylor@saul.com |
| Telephone: (303) 473-2700 | michelle.streifthau-livizos@saul.com |
| tgetzoff@hollandhart.com | |
| eklevish@hollandhart.com | *Attorneys for Defendants Javy Coffee* |
| | *Company and Javy Coffee LLC* |
| Mark C. Johnson | |
| Veronika Balbuzanova | |
| **JOHNSON | DALAL** | |
| 111 N. Pine Island Road | |
| Suite 105 | |
| Plantation, FL 33324 | |
| Tel: (954) 507-4500 | |
| Fax: (954) 507-4502 | |
| vb@johnsondalal.com | |
| mj@johnsondalal.com | |