IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAVO BEVERAGE COMPANY, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-547-RGA |
| | ) |
| JAVY COFFEE COMPANY, and JAVY COFFEE LLC, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION TO EXTEND TIME

WHEREAS, the Court previously entered a Scheduling Order governing this case (D.I. 35);

WHEREAS, fact discovery is set to close on February 1, 2024;

WHEREAS, the parties have proceeded with discovery but request additional time to fully develop their claims and defenses prior to taking depositions in this action;

WHEREAS, there is room in the schedule to permit an adjustment of the parties' immediate deadlines without impacting any deadline involving the Court, including the summary judgment or trial deadlines; and

WHEREAS, the parties certify, pursuant to District of Delaware Local Rule 16.4, that counsel for each party has sent a copy of this request to their respective clients;

NOW, THEREFORE, the parties hereby stipulate and agree, subject to the approval of the Court, that the deadlines in this action are extended as follows:

| ITEMS | CURRENT DATE | PROPOSED DATE |
| --- | --- | --- |
| Close of fact discovery | Feb. 1, 2024 | May 1, 2024 |
| Opening expert reports | May 1, 2024 | July 1, 2024 |
| Answering expert reports | Aug. 2, 2024 | Aug. 30, 2024 |
| Reply expert reports | Sept. 6, 2024 | Sept. 27, 2024 |
| Completion of expert discovery | Nov. 1, 2024 | No change |
| Summary judgement and Daubert motions and opening briefs | Jan. 17, 2025 | No change |
| Answering summary judgment and Daubert briefs | Feb. 28, 2025 | No change |
| Reply summary judgment and Daubert briefs | Mar. 28, 2025 | No change |
| Pre-trial conference | May 23, 2025 | No change |
| Trial | June 2, 2025 | No change |

/s/ Andrew E. Russell
Andrew E. Russell (No. 5382)
Emily S. DiBenedetto (No. 6779)
SHAW KELLER LLP
I.M. Pei Building
1105 N. Market St., 12th Floor
Wilmington, DE 19801
(302) 298-0700
arussell@shawkeller.com
edibenedetto@shawkeller.com

*Attorneys for Plaintiff*

Dated: December 18, 2023

/s/ Michelle Streifthau-Livizos
William E. Manning (No. 697)
James D. Taylor, Jr. (No. 4009)
Michelle Streifthau-Livizos (No. 6584)
SAUL EWING LLP
1201 North Market Street, Suite 2300
Wilmington, DE 19801
(302) 421-6868
william.manning@saul.com
james.taylor@saul.com
michelle.streifthau-livizos@saul.com

*Attorneys for Defendants*

IT IS SO ORDERED this _____ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE