IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAVO BEVERAGE COMPANY, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-547-RGA |
| | ) |
| JAVY COFFEE COMPANY, and JAVY COFFEE LLC, | ) |
| | ) |
| Defendants. | ) |

**<u>STIPULATION AND ORDER OF DISMISSAL</u>**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Javo Beverage Company, Inc. and Defendants Javy Coffee Company and Javy Coffee LLC hereby stipulate and agree, subject to the approval of the Court, to the dismissal with prejudice of their respective claims in this action. Each party shall bear its own costs and attorneys' fees.

/s/ Andrew E. Russell
Andrew E. Russell (No. 5382)
Emily S. DiBenedetto (No. 6779)
SHAW KELLER LLP
I.M. Pei Building
1105 N. Market St., 12th Floor
Wilmington, DE 19801
(302) 298-0700
arussell@shawkeller.com
edibenedetto@shawkeller.com

OF COUNSEL:
Howard S. Hogan
Monica Limeng Woolley
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave. N.W.
Washington, DC 20036
hhogan@gibsondunn.com
mwoolley@gibsondunn.com

*Attorneys for Plaintiff*

Dated: June 17, 2024

/s/ Michelle Streifthau-Livizos
William E. Manning (No. 697)
James D. Taylor, Jr. (No. 4009)
Michelle Streifthau-Livizos (No. 6584)
SAUL EWING LLP
1201 North Market Street, Suite 2300
Wilmington, DE 19801
(302) 421-6868
william.manning@saul.com
james.taylor@saul.com
michelle.streifthau-livizos@saul.com

OF COUNSEL:
Timothy P. Getzoff
Ellen K. Levish
HOLLAND & HART LLP
1800 Broadway, Suite 300
Boulder, CO 80302
tgetzoff@hollandhart.com
eklevish@hollandhart.com

Mark C. Johnson
Veronika Balbuzanova
JOHNSON DALAL
111 N. Pine Island Road, Suite 105
Plantation, FL 33324
vb@johnsondalal.com
mj@johnsondalal.com

*Attorneys for Defendants*

IT IS SO ORDERED this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE